

NUMBER 13-18-00125-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

STEVE CHILDERS,                                                                    Appellant,

v.

JIMMY YARBOROUGH NILGUY, LLC,                                          Appellee.

---

**On appeal from the 105th District Court
of Kleberg County, Texas**

---

# ORDER ABATING APPEAL

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Order Per Curiam**

This cause is before the Court on appellee's amended unopposed motion to abate appeal and refer to mediation. The case was not previously mediated and the parties believe it would benefit the parties to attempt settlement before proceeding with the appeal. The parties are working through the details of mediation and request an abatement until August 15, 2018.

The Court, having examined and fully considered the documents on file and the amended unopposed motion to abate appeal and refer to mediation, is of the opinion that the motion should be granted. The unopposed motion to abate appeal and refer to mediation is GRANTED and this appeal is ordered ABATED until August 15, 2018.

The Court directs appellant to file, on or before August 15, 2018, either (1) a motion to reinstate the appeal, or (2) a motion to dismiss the appeal pursuant to settlement.

PER CURIAM

Delivered and filed the
16th day of July, 2018.